UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Michael Grant
                              Plaintiff,

v.                                              Case No.: 1:13−cv−08310
                                                     Honorable Gary Feinerman

Commonwealth Edison Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 7/29/2014 at 9:00 a.m. For the reasons stated on the record, Defendant's motion to dismiss [14] is denied. Defendant shall answer or otherwise plead to the complaint by 6/25/2014. At the 7/29/2014 status hearing, the court will ask the parties whether they plan to disclose experts and whether they are interested in participating in a settlement conference with the Magistrate Judge.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.