UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, an Illinois corporation,<br><br>*Defendant*. | Case No. 13-cv-8310<br><br>Honorable Gary Feinerman |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Michael Grant and Defendant Commonwealth Edison Company respectfully move the Court to enter their Stipulated Protective Order Regarding Confidentiality of Discovery Materials, a true and accurate copy of which is attached hereto as Exhibit 1.

Respectfully submitted,

**MICHAEL GRANT, individually and on behalf of all others similarly situated,**

Dated: September 17, 2014

By: /s/ John C. Ochoa
Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

|  |  |
|---|---|
|  | **COMMONWEALTH EDISON COMPANY**, |
| Dated: September 17, 2014 | By: /s/ Leslie D. Davis<br>Seamus Duffy<br>Seamus.Duffy@dbr.com<br>Tara S. Sarosiek<br>Tara.Sarosiek@dbr.com<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Tel: 215.988.2700<br>Fax: 215.988.2757<br><br>Leslie D. Davis<br>Leslie.Davis@dbr.com<br>Justin O. Kay<br>Justin.Kay@dbr.com<br>Drinker Biddle & Reath LLP<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL 60606-1698<br>Tel: 312-569-1000<br>Fax: 312-569-3000 |

## **CERTIFICATE OF SERVICE**

      I, John C. Ochoa, an attorney, certify that on September 17, 2014, I served the above and foregoing ***Joint Motion for Entry of Protective Order***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this the 17th day of September, 2014.

      /s/  John C. Ochoa