UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH EDISON COMPANY,<br><br>　　　　Defendant. | Case No. 1:13-cv-08310<br><br>Honorable Gary S. Feinerman |

**AGREED MOTION FOR ENTRY OF MODIFIED BRIEFING SCHEDULE FOR
<u>DISPOSITIVE MOTIONS AND CLASS CERTIFICATION</u>**

Defendant Commonwealth Edison Company ("ComEd" or "Defendant"), by and through its attorneys, hereby requests this Court enter the modified briefing schedule for dispositive motions and class certification stipulated by the parties. In support of this motion, Defendant states as follows:

1.　At the last case status hearing on December 4, 2014, the Court set a briefing schedule for dispositive motions and class certification.

2.　Since that time the parties have entered into meaningful settlement negotiations.

3.　On January 9, 2015 counsel for ComEd and Plaintiff's counsel agreed on a modified briefing schedule that would afford the parties the opportunity to complete settlement negotiations prior to incurring the expense of finalizing their respective motions and briefs.

4.　The parties are requesting that the briefing schedule be modified as follows: Dispositive motions shall be filed by February 9, 2015; responses due by March 6, 2015; and replies due by March 23, 2015. Further, Plaintiff's motion for class certification shall be filed by March 30, 2015; ComEd's response due by April 20, 2015, and Plaintiff's reply due by May 11,

2015.

     5.     This motion is made in good faith and not to hinder or delay these proceedings.

     6.     The granting of this motion will not prejudice any party in this case.

WHEREFORE, Defendant Commonwealth Edison Company respectfully requests that this Court enter an Order granting the modified briefing schedule for dispositive motions and class certification.

Dated: January 14, 2015                           Respectfully submitted,

                                                    /s/ Leslie D. Davis
                                                    Leslie D. Davis (ARDC No. 6229110)
                                                    Leslie.Davis@dbr.com
                                                    **Drinker Biddle &Reath LLP**
                                                    191 North Wacker Drive, Suite 3700
                                                    Chicago, IL 60606-1698
                                                    Tel:    (312) 569-1000
                                                    Fax:    (312) 569-3000
                                                    Seamus C. Duffy, *pro hac to be filed*
                                                    Tara S. Sarosiek, *pro hac to be filed*
                                                    **Drinker Biddle &Reath LLP**
                                                    One Logan Square, Suite 2000
                                                    Philadelphia, PA  19103-6996
                                                    Tel:    (215) 988-2700
                                                    Fax:    (215) 988-2757
                                                    *Counsel for Defendant*
                                                    Commonwealth Edison Company

## **CERTIFICATE OF SERVICE**

I, Leslie D. Davis, hereby certify that, on the date set forth above, I caused a true and correct copy of the foregoing *Agreed Motion for Entry of Modified Briefing Schedule for Dispositive Motions and Class Certification* to be served via ECF filing upon the following parties and counsel of record:

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

/s/ Leslie D. Davis

78482349.2