# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, an Illinois corporation,<br><br>*Defendant*. | Case No. 1:13-cv-8310<br><br>[Hon. Gary S. Feinerman] |

**AGREED MOTION FOR ENTRY OF MODIFIED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS AND CLASS CERTIFICATION**

Plaintiff Michael Grant ("Plaintiff"), by and through his attorneys, hereby requests that the Court allow the Parties' to modify the briefing schedule for their dispositive motions and Plaintiff's motion for class certification. In support of this motion, Plaintiff states as follows:

1. On January 14, 2015, the Defendant Commonwealth Edison Company ("Defendant") filed an agreed motion to modify the briefing schedule for dispositive motions and Plaintiff's motion for class certification. (Dkt. 36.) The purpose of the requested modification was to provide the Parties with an opportunity to continue engaging in productive settlement discussions. (*Id.*) The Court granted that motion on January 15, 2015, and extended the dispositive motions deadline to February 9, 2015 and Plaintiff's motion for class certification deadline to March 30, 2015. (Dkt. 38.)

2. Since that time, the Parties have made substantial progress towards settlement. As such, the Parties—at the suggestion of the Honorable Wayne R. Andersen (Ret.)—have agreed to participate in a second in-person mediation session, which is scheduled to take place on February

1

19, 2015 at JAMS.

3. Given that the Parties have already made substantial progress towards settlement and have committed to a second in-person mediation, Plaintiff suggested, and Defendant agreed, subject to the Court's approval, to extend the dispositive motion and class certification deadlines by twenty-one (21) days such that the Parties may focus their time and efforts exclusively on resolving this matter at mediation, and also to avoid potentially unnecessary dispositive motion briefing that would expend the time and resources of both the Court and the Parties.

4. The Parties are therefore requesting that the briefing schedule be modified as follows:

- The deadline to file dispositive motions shall be March 2, 2015, with responses due by March 30, 2015, and replies due by April 13, 2015; and

- The deadline for Plaintiff to file his supplemental motion for class certification shall be April 20, 2015, with Defendant's response due by May 11, 2015, and Plaintiff's reply due by May 25, 2015.

5. This motion is made in good faith and not to delay these proceedings, and allowing the requested extension will not prejudice any party.

WHEREFORE, Plaintiff Michael Grant respectfully requests that this Court enter an Order granting the modified briefing schedule for dispositive motions and Plaintiff's motion for class certification.

Respectfully submitted,

Dated: February 5, 2015  **MICHAEL GRANT**, individually and on behalf of all others similarly situated,

By: /s/ John C. Ochoa
One of Plaintiff's Attorneys

Jay Edelson
Jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Grant and the putative Class*

# CERTIFICATE OF SERVICE

      I, John C. Ochoa, an attorney, hereby certify that on February 5, 2015, I served the above and foregoing ***Agreed Motion for Entry of Modified Briefing Schedule for Dispositive Motions and Class Certification***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                             /s/  John C. Ochoa