IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, an Illinois corporation,<br><br>*Defendant*. | Case No. 1:13-cv-8310<br><br>[Hon. Gary S. Feinerman] |

**JOINT MOTION TO STAY DISPOSITIVE MOTION DEADLINES
PENDING CLASS ACTION SETTLEMENT**

Plaintiff Michael Grant ("Plaintiff") and Defendant Commonwealth Edison Corporation ("Defendant" or "ComEd") (collectively, the "Parties") by and through their attorneys, hereby respectfully submit this motion to inform the Court that the Parties have reached an agreement on the principal terms of a proposed class-wide settlement that, if approved, would fully and finally resolve all claims against Defendant, and to request a stay of the dispositive motion deadlines pending presentation of this settlement to the Court. The Parties are in the process of memorializing the class action settlement agreement and related documents, and Plaintiff anticipates submitting his Motion for Preliminary Approval with the Court within twenty-one (21) days.

This Court had previously set March 2, 2015, as the deadline for the Parties to file their dispositive motions. (Dkt. 41.) In light of the pending settlement between Plaintiff and ComEd, the Parties respectfully request that the Court stay all the dispositive motion deadlines. This stay will preserve the resources of the Parties and the Court, as the pending settlement, if approved,

1

would obviate the need for dispositive motion briefing.

**WHEREFORE**, Plaintiff Michael Grant and Defendant Commonwealth Edison Company respectfully request that this Court enter an Order staying all dispositive motion deadlines.

Respectfully submitted,

**MICHAEL GRANT, individually and on behalf of all others similarly situated,**

Dated: March 2, 2015  By: /s/ John C. Ochoa
Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**COMMONWEALTH EDISON COMPANY**,

Dated: March 2, 2015  By: /s/ Leslie D. Davis
Seamus Duffy
Seamus.Duffy@dbr.com
Tara S. Sarosiek
Tara.Sarosiek@dbr.com
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Tel: 215.988.2700
Fax: 215.988.2757

Leslie D. Davis
Leslie.Davis@dbr.com
Justin O. Kay
Justin.Kay@dbr.com
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698

Tel: 312-569-1000
Fax: 312-569-3000

**CERTIFICATE OF SERVICE**

  I, John C. Ochoa, an attorney, hereby certify that on March 2, 2015, I served the above and foregoing ***Joint Motion to Stay Dispositive Motion Deadlines Pending Class Action Settlement***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


          _____/s/  John C. Ochoa_____