## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, an Illinois corporation,<br><br>   *Defendant*. | Case No. 1:13-cv-8310<br><br>[Hon. Gary Feinerman] |

### UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH EXCESS PAGES, *INSTANTER*

  Pursuant to Local Rule 7.1, and without opposition from Defendant Commonwealth Edison Company ("Defendant" or "ComEd"), Plaintiff Michael Grant ("Plaintiff" or "Grant") hereby respectfully requests that the Court grant him leave to file a memorandum in support of his Motion for Final Approval of Class Action Settlement in excess of the Court's fifteen-page (15) limit, *instanter*. In support of the instant motion, Grant states as follows:

  1.  On June 8, 2015, this Court granted preliminary approval to the class action settlement agreement between Plaintiff and Defendant. (Dkt. 57.)

  2.  Plaintiff Grant now intends to move the Court for final approval of the Parties' proposed settlement.

  3.  However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the terms of the settlement, (iii) the implementation of the notice plan; and (iv) the fairness, adequacy and reasonableness of the proposed settlement, Grant's Memorandum in Support of Motion for Final Approval of Class Action Settlement (the "Memorandum") exceeds the Court's fifteen-page limit.

1

4.      Specifically, Grant's Memorandum includes a total of twenty-four (24) pages of substance.

5.      Prior to filing the instant motion, Grant's counsel conferred with counsel for ComEd and is authorized to state that ComEd has no objection to the relief requested herein.

6.      Good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

7.      Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's Memorandum in Support of Motion for Final Approval of Class Action Settlement, with corresponding exhibits.

**WHEREFORE,** Plaintiff Michael Grant respectfully requests that the Court enter an Order (i) granting him leave to file his Memorandum in Support of Motion for Final Approval of Class Action Settlement, the substance of which shall not exceed twenty-four (24) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**MICHAEL GRANT**, individually and on behalf of all others similarly situated,

Dated: September 3, 2015

By:     /s/  John C. Ochoa
         One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

**CERTIFICATE OF SERVICE**

       I, John C. Ochoa, an attorney, hereby certify that on September 3, 2015, I served the above and foregoing ***Plaintiff's Unopposed Motion for Leave to File Memorandum in Support of Motion for Final Approval of Class Action Settlement with Excess Pages, Instanter***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 3rd day of September 2015.

                                                 /s/  John C. Ochoa