UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Michael Grant

Plaintiff,

v.  Case No.: 1:13−cv−08310
Honorable Gary Feinerman

Commonwealth Edison Company

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2015:

MINUTE entry before the Honorable Gary Feinerman:Final approval hearing held. For the reasons stated on the record, Plaintiff's motion for final approval of class action settlement [67] and Plaintiffs motion for approval of attorneys' fees, expenses and incentive award [61] are granted. The class action settlement [67−1] is approved. Plaintiff is awarded a $5,000.00 incentive award, and Plaintiff's counsel are awarded $1.65 million in attorney fees. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.