2/22/2016

## RE: GRANT V. COMMONWEALTH EDISON COMPANY

United States District Court for the Northern District of Illinois, Case No. 1:13-cv-08310

Claim Number  30816FJVGH0HJ

Check Number : 100545

I have contacted you twice using the listed "Contact Us " information in the letter sent with the above referenced check. Each time I have told you there may be a fraudulent claim being made using our account information. You have not responded in any way.

 We received the letter and check at our current address in December. The check is made out to a Felita Robinson.  She does not nor has ever lived at this address (we purchased it new). The address this check was sent to is the address we gave Com Ed when we moved as a forwarding address so I assume you used their data to contact the people who have been part of this class action suit. The ComEd account number associated with this address, which I have given you twice already, is 0653139041. The address was 796 Bonaventure Dr. Oswego IL 60543. I have asked twice for you to look into this matter and let us know what the situation is and what we should do with the check. As this check says it is not good after 90 days and that if not processed we/ or whoever Ms. Robinson is would be ineligible for any payment under the settlement your lack of communication is in of itself highly unethical as although you have been contacted twice before there appears to have been no effort on your part to correct this error.

A copy of the letter and check are enclosed and a copy of this communication is being sent to ComEd, the Cleck of Court the Attorney Registration & Disciplinary Committee of Illinois and the Governor's Office. I would appreciate a response this time.

Amanda Page

4333 S. Burgo Way, Meridian ID 83642

804-559-0384

FILED

FEB 25 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CC:   Clerk of Court :   Everett McKinley Dirksen United States Courthouse , 219 South Dearborn St
Chicago, IL 60604

Office of the Governor: 207 State House, Springfield, IL 62706

CHICAGO ARDC OFFICE: One Prudential Plaza,130 East Randolph Drive,Suite 1500
Chicago, IL 60601-6219

ComEd Customer Care Center: P.O. Box 805379, Chicago, IL 60680-5379

Ref ID
30816FJVGH0HJ

T1  P1 ******************AUTO**MIXED AADC 190  545
FELITA ROBINSON
4333 S BURGO WAY
MERIDIAN ID 83642-9344

Claim Number: 30816FJVGH0HJ
Check Number: 100545
Check Amount: $176.08
Check Date:    12/18/2015

The attached check represents the full and final settlement payment to you as an eligible Settlement Class Member in the court-approved class action settlement in *Michael Grant, et al. v. Commonwealth Edison Company* in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 1:13-cv-8310.

PLEASE BE ADVISED THAT you have ninety (90) calendar days from the date of this Settlement Check to negotiate or deposit the Settlement Check. Thereafter, your Settlement Check shall be deemed void and you will not be entitled to receive any payment under the Settlement.

You should consult with your tax advisor to determine the tax consequences, if any, of this settlement payment to you.

All inquiries and address changes should be in writing, reference your claim number and/or check number, and be forwarded to the Claims Administrator using the "Contact Us" section of the website www.ComEdTextSettlement.com or in writing to Outage Alert Text Message Settlement, c/o Heffler Claims Group, P.O. Box 130, Philadelphia, Pennsylvania 19105-0130."

---

THE FACE OF THIS CHECK IS PRINTED RED - THE BACK CONTAINS A SIMULATED WATERMARK

Outage Alert Text Message Settlement
c/o Heffler Claims Group
P.O. Box 130
Philadelphia, PA 19105-0130

**Huntington**

25-2/440

CHECK NO. 100545

DATE: 12/18/2015    AMOUNT: $176.08

PAY: ONE HUNDRED SEVENTY SIX DOLLARS AND EIGHT CENTS

30816FJVGH0HJ

PAY TO THE ORDER OF:
FELITA ROBINSON
4333 S BURGO WAY
MERIDIAN ID 83642-9344

Verification Available - Positive Pay Protected
Non-Negotiable after 90 Days

*Edward J. Lincavage*

AUTHORIZED SIGNATURE

⑈100545⑈ ⑆044000024⑆ 018932445O6⑈